■ In the Matter of AMBROSE D. GALLUP et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term, entered March 5, 1980 in Albany County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to compel respondents to hear petitioners' appeal pursuant to subdivision 2 of section 120 of the Civil Service Law. Judgment affirmed, without costs, on the opinion of Mr. Justice Edward S. Conway at Special Term. Mahoney, P.J., Sweeney, Kane, Casey and Weiss, JJ., concur.